815 A.2d 952

IN THE MATTER OF CASSELL WOOD,
JR., AN ATTORNEY AT LAW.

February 13, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–193, concluding that **CASSELL WOOD, JR.,** of **PLAINFIELD,** who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a)(failure to communicate), *RPC* 3.2 (failure to expedite litigation), *RPC* 3.4 (failure to comply with discovery requests) and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **CASSELL WOOD, JR.,** is hereby reprimanded; and it is further.

ORDERED that respondent shall continue to comply with the Order of this Court filed on August 21, 2002; and it is

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.